# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2667 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | Board File Nos. C1-19-414, C1-19-562, |
| | : | C1-19-770, and C1-19-789 |
| v. | : | |
| | : | Attorney Registration No. 21646 |
| ALLAN JEFFREY SAGOT, | : | |
| | : | (Philadelphia County) |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of November, 2019, upon consideration of the Certificate of Admission of Disability, Allan Jeffrey Sagot is immediately transferred to inactive status for an indefinite period and until further Order of the Court. *See* Pa.R.D.E. 301(e). He shall comply with all the provisions of Pa.R.D.E. 217.

    All pending disciplinary proceedings shall be held in abeyance, except for the perpetuation of testimony and the preservation of documentary evidence.